# Court of Appeals
# of the State of Georgia

ATLANTA, December 29, 2020

*The Court of Appeals hereby passes the following order*

**A21D0149. ALEXANDER HARVIN v. NAJARIAN CAPITAL.**

Upon consideration of the Application for Discretionary Appeal, it is ordered that it be hereby DENIED.

LC NUMBERS:

2020SV2109



*Court of Appeals of the State of Georgia*
   *Clerk's Office, Atlanta, December 29, 2020.*

   *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

   *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

*, Clerk.*